UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA

    - v. -

DANIEL CUEVAS,

                  Defendant.

------------------------------------------------------------- X

ORDER

19 Cr. 817 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on December 4, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: 1/8/21
New York, New York

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE